IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Johnny Calloway, | ) | C.A. No. 4:07-0217-TLW-TER |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| NFN Jackson, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The Plaintiff brought this *pro se* civil action against the Defendants under 42 U.S.C. § 1983. The Plaintiff is an inmate at the Lee Correctional Institution, and his claims center around his alleged physical abuse by employees.

This matter is now before the undersigned for review of the Report and Recommendation ("the Report") filed April 7, 2008, by United States Magistrate Judge Thomas Rogers, to whom this case had previously been assigned pursuant to 28 U.S.C. § 636(b) and Local Rule 73.02(B)(2) (D.S.C.). In his Report, Magistrate Judge Rogers recommends that the Plaintiff's complaint be dismissed for failure to prosecute. Plaintiff has not objected to the Report.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th

1

Cir. 1983).

In light of this standard, the Court has carefully reviewed the Report and has concluded that the Report accurately summarizes this case and the applicable law. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report is **ACCEPTED** (Doc. # 36), and Plaintiff's claim is dismissed.

**IT IS SO ORDERED.**

S/ Terry L. Wooten
**TERRY L. WOOTEN**
**UNITED STATES DISTRICT JUDGE**

June 18, 2008
Florence, South Carolina